**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TINA M. EMERSON,
ADC #710724                                                                                                               PLAINTIFF

v.                                   4:14CV00620-SWW

MIKE BEEBE, Governor                                                                   DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 31st day of October, 2014.

                                                                        /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE